# POLYGRAPH EXAMS
# JOHNNY W. HARTLEY

20 GOWHAM CT
IRMO, SC 29063

MOBILE (803) 467-7611

June 18, 2024

Atty Mark Calhoun
25 Cumberland Street
Charleston, SC 29401

Re:     DEMETRIUS COSTEN
        Report of Polygraph Examination on 6-18-2024

CASE SYNOPSIS/EXAMINERS CONCLUSION:

Demetrius Costen is a 30 year old black male that was arrested for violating his bond requirements. On the night of March 16, Demetrius was outside of his apartment hanging out with several other individuals when Law Enforcement conducted a raid. Demetrius Costen and all of the people that had gathered ran from the officers and apparently during the chase someone threw a gun in the bushes which was recovered by Law Enforcement. Law Enforcement believes that Demetrius threw the gun in the bushes. Later, Law Enforcement found out that Demetrius was out on bond and obtained an arrest warrant for Demetrius because he was out on bond. Demetrius maintains that he never possessed the gun that was found nor did he throw it in the bushes.

Johnny W. Hartley administered a computerized polygraph examination to Demetrius Costen on June 18, 2024 consisting of three separate charts on the examination to determine if he owned, possessed, or threw the gun in the bushes..

The following relevant questions were asked on each chart:

R5.   WHEN THE POLICE CHASED YOU ON MARCH 16, DID YOU THROW A GUN IN THE BUSHES?   ANS. NO

R7    ON THE NIGHT OF MARCH 16, DID YOU HAVE A GUN IN YOUR POSSESSION?   ANS. NO

The reactions to the above questions were scored by this examiner and algorithmically analyzed. The Axciton Computer Algorithms and White Star Algorithm scored the exam as NO DECEPTION INDICATED. The Axciton Chart Analysis numerically scored the examination as a +3. All that is needed for non-deceptive charts is a +3. This examiner also scored the above questions as non-deceptive. It is therefore the opinion of this examiner that Demetrius Costen was truthful when he answered the above relevant questions.

Professionally yours,
Johnny W. Hartley

# Examinee: COSTEN, DEMETRIUS (SSSK6#SG)

## Axciton White Star



## No Deception Indicated

## Axciton Chart Analysis



Average Relevant  (+0.018)
Average Comparison (+0.068)

R7  (+0.043)
R5  (-0.007)

R7 = ON THE NIGHT OF MARCH 16, DID YOU HAVE A GUN IN YOUR POSSESSION? ANS. NO
R5 = WHEN THE POLICE CHASED YOU ON MARCH 16, DID YOU THROW A GUN IN THE BUSHES? ANS. NO

Axciton Systems, Inc.                                           Document: ($$$K6#SG) Hand Score. [Sheet 1]

## Hand Score Report

Examinee: COSTEN, DEMETRIUS
Examiner: HARTLEY
Date: 06/18/2024

|  | | R5 | R7 | Total: |
|---|---|---|---|---|
| **Ch1** | P | 0 | 0 | 0 |
|  | SC | +1 | +1 | +2 |
|  | BP | +1 | +1 | +2 |
|  | Total: | +2 | +2 | +4 |

|  | | R5 | R7 | Total: |
|---|---|---|---|---|
| **Ch2** | P | +1 | 0 | +1 |
|  | SC | 0 | -1 | -1 |
|  | BP | -1 | +1 | 0 |
|  | Total: | 0 | 0 | 0 |

| | | | | |
|---|---|---|---|---|
| | Spot: | +2 | Spot: | +2 |
| | Call: | NDI | Call: | NDI |

| | |
|---|---|
| P | +1 |
| SC | +1 |
| BP | +2 |

Call:     **NO DECEPTION INDICATED**

Score:    +4 on a 3-point scale

# POLYGRAPH EXAMS
# JOHNNY W. HARTLEY

**20 GOWHAM CT**  
**IRMO, SC  29063**

**MOBILE  (803) 467-7611**

**CREDENTIALS**
- Licensed Polygraph Examiner for 46 years
- SC Law Enforcement Division Polygraph Examiner for 27 years
- Chief Polygraph Examiner for SLED and the State of SC  (18yrs) retired
- Sled Polygraph Quality Control Officer
- South Carolina Licensed Polygraph Examiner (Certified 1975)
- South Carolina Law Enforcement S/A – 27 yrs (Lt. - 18 yrs.)
- Currently Richmond County Sheriff's Office Examiner  6  years
- Currently Augusta Marshall's Office examiner  6 years

**EXPERTISE**
- Over 30,000 Polygraph Examinations Conducted and reviewed as of 1999
- Internationally Polygraph experience $1.2 BILLION theft/fraud in the Philippines
- Private Polygraph Examiner Specializing in Criminal Testing for 21 yrs
- Expert witness in the US Federal District Court in Augusta, Georgia
- Expert Witness in SC State Court
- Expert Witness for the State of New York
- TESTIFIED AS AN EXPERT WITNESS IN SENTENCING IN US DISTRICT COURT IN AUGUSTA, GA
- Nationally Recognized Speaker in Criminal Polygraph Examinations C.I.A, Federal Intra-agency, and the American Polygraph Association
- Participated in Development of Computerized Scoring with Johns Hopkins University Applied Physics Science and the National Security Agency

**PROFESSIONAL ASSOCIATIONS**
- Member of the American Polygraph Association since 1975
- Past President of the South Carolina Association of Polygraph Examiners
- Member of the SC Law Enforcement Officers Association – 24 yrs
- American Polygraph Research and Development Committee
- American Polygraph Membership Committee

**SPECIALIZED TRAINING**
- South Carolina Criminal Justice Academy
- The New York Lie Detection Center
- The FBI Advanced Polygraph Course
- The Department of Defense Computerized Polygraph Course
- Continuing Education Courses from Nine Different American Polygraph Associations Seminars.

**EDUCATION**
- B. S. in Political Science, Clemson University

**SUMMARY OF SKILLS**
- Retired Chief Examiner for the State of SC
- Former Coordinator for Quality Assurance on all Polygraph Examinations Conducted by the South Carolina Law Enforcement Division
- Former Training Coordinator for SC Police and Private Intern Examiners
- Developed the Policies and Procedures for the Operation of the SC Law Enforcement Division Polygraph Division